UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON
CRIMINAL ACTION NO. 6:26-CR-00022

UNITED STATES OF AMERICA,                                    PLAINTIFF


VS.          MOTION TO SET DETENTION HEARING


DAVID LEE OUSLEY,                                    DEFENDANT

* * * * *

Comes now the defendant, David Lee Ousley, by and through the undersigned counsel, and hereby moves this Court to set this case for a detention hearing.

Counsel further states for the purposes of scheduling the Detention Hearing that he has, due to previously scheduled court appearances and hearings in other matters, conflicts on the mornings of Wednesday, May 6th, Thursday, May 7th, Friday, May 8th, 2026, in the afternoon of May 11th, 2026; on the mornings of Tuesday, May 12th, Wednesday, May 13th and all day on Thursday, May 14th, but would otherwise be available any other days/times through Friday, May 15th.

Dated this 1st day of May, 2026.

Respectfully submitted,

/s/ Thomas P. Miceli
THOMAS P. MICELI
MILLWARD, CASTLE & MICELI
P. O. Drawer 100
Barbourville, Kentucky 40906
(606) 546-5114
ATTORNEY FOR DEFENDANT,
David Lee Ousley

Page 1 of 2 Pages

## NOTICE

Notice is hereby given that the foregoing motion will be brought for

hearing at the convenience of the court.

## CERTIFICATE

I hereby certify that the foregoing document has been electronically

served this 1st day of May, 2026 with the clerk of the court using the

CM/ECF system and electronically upon all parties of record.

Respectfully submitted,

/s/ Thomas P. Miceli
THOMAS P. MICELI
Counsel for Defendant,
David Lee Ousley

/sms

Page 2 of 2 Pages