**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

**CRIMINAL ACTION NO. 6:26-CR-22-REW-EBA**

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**V.**                 **RESPONSE TO MOTION TO CONTINUE TRIAL**

**DAVID LEE OUSLEY**                                              **DEFENDANT**

* * * * *

The United States has no objection to the Motion to Continue Trial filed by

Defendant, David Lee Ousley. [R. 21]

                                    Respectfully submitted,

                                    JASON D. PARMAN
                                    FIRST ASSISTANT
                                    UNITED STATES ATTORNEY


                        By:    /s/ *Jason D. Parman*
                               First Assistant United States Attorney
                               601 Meyers Baker Road, Suite 200
                               London, Kentucky 40741
                               Phone: (606) 330-4831
                               Jason.Parman@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2026, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF system, which will send a notice of electronic

filing to counsel of record.

/s/ *Jason D. Parman*
First Assistant United States Attorney